UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VERNON C. BROWN JR., | ) |
| Petitioner, | ) Case No. CV 12-5230-CAS(AJW) |
| v. | ) |
| | ) MEMORANDUM AND ORDER |
| TIM A. VARGAS, | ) DISMISSING PETITION |
| Respondent. | ) |

Petitioner filed this petition for a writ of habeas corpus on June 15, 2012. Although it is not entirely clear, it appears that petitioner seeks to challenge his 2001 murder conviction.[1] Petitioner previously has filed numerous petitions in this Court challenging that conviction. The first petition, filed in Case No. CV 03-7528-FMC(AJW), was denied on the merits on June 8, 2004. Petitioner's subsequent petitions challenging that conviction were dismissed as successive. See Case Nos. CV 04-4250-R(AJW), CV 11-4338-CAS(AJW), CV

---

[1] The petition does not explicitly identify the conviction petitioner intends to challenge. Instead, petitioner refers to a prior petition he filed in this Court in which he challenged his 2011 murder conviction. [Petition at 2-4; Case No. CV 03-7525-FMC(AJW). The Court takes judicial notice of that file and other official court files. See Fed.R.Evid. 201; Lee v. City of Los Angeles, 250 F.3d 668, 688 (9th Cir. 2001).

1  11-4691-CAS(AJW), CV 11-7476-CAS(AJW), CV 11-7997-CAS(AJW), CV 12-4039-CAS(AJW).

Absent authorization from the Ninth Circuit Court of Appeals, which petitioner evidently has not obtained, petitioner's challenge to his 2001 murder conviction must be dismissed for lack of jurisdiction. See 28 U.S.C. §§ 2244(b)(2) & 2244(b)(3); see Felker v. Turpin, 518 U.S. 651, 656-657 (1996); Greenawalt v. Stewart, 105 F.3d 1268, 1277 (9th Cir.), cert. denied, 519 U.S. 1102 (1997).

**It is so ordered.**

Dated: June 20, 2012

Christina A. Snyder
United States District Judge

11-4691-CAS(AJW), CV 11-7476-CAS(AJW), CV 11-7997-CAS(AJW), CV 12-4039-CAS(AJW).

Absent authorization from the Ninth Circuit Court of Appeals, which petitioner evidently has not obtained, petitioner's challenge to his 2001 murder conviction must be dismissed for lack of jurisdiction. See 28 U.S.C. §§ 2244(b)(2) & 2244(b)(3); see Felker v. Turpin, 518 U.S. 651, 656-657 (1996); Greenawalt v. Stewart, 105 F.3d 1268, 1277 (9th Cir.), cert. denied, 519 U.S. 1102 (1997).

**It is so ordered.**

Dated: June 20, 2012

Christina A. Snyder
United States District Judge