UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **VERNON C. BROWN, JR.,** | Case No. CV 12-5230-CAS(AJW) |
| Petitioner, | |
| | JUDGMENT |
| **vs.** | |
| **TIM A. VARGAS,** | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: June 20, 2012

Christina A. Snyder
United States District Judge